

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Janice Dudley, et al., Appellants

No. 06-14-00013-CV          v.

Nettie Johnson and Joseph Conwright,
Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 10-0410).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Janice Dudley, et al., pay all costs of this appeal.

RENDERED AUGUST 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk